# Brown Stone Nimeroff LLC

Attorneys at Law

Jami B. Nimeroff
(302) 428-8142
jnimeroff@bsnlawyers.com

901 N. Market Street, Suite 1300
Wilmington, DE 19801
T (302) 428-8142
F (302) 351-2744
www.bsnlawyers.com

August 24, 2011

**VIA E-FILING and HAND DELIVERY**
The Honorable Peter J. Walsh
United States Bankruptcy Court
for the District of Delaware
824 North Market Street
6th Floor
Wilmington, DE 19801

Re:   *Federal Insurance Company v. DBSI, Inc., et al.,*
      Adv. No. 09-52031 (PJW)

Dear Judge Walsh:

Interpleader-Defendants Charles Hassard, John Mayeron and Thomas Var Reeve join in the position taken by Interpleader-Defendant Douglas Swenson in the letter from Mr. Swenson's counsel to you dated August 19, 2011, that nothing in *Stern v. Marshall* prevents the Court from deciding issues of state law and entering final orders in this particular adversary proceeding.

We think that the recent opinion from Bankruptcy Judge Hughes in *Meoli v. Huntington National Bank*, 2011 WL 3610050 (Bankr. W.D. Mich., Aug. 17, 2011) provides additional support for that position.

Accordingly, Mr. Hassard, Mr. Mayeron and Mr. Reeve respectfully request that the Court enter an order consistent with its holdings in its Memorandum Opinion dated July 22, 2011 [D.I. 386].

Respectfully yours,

Jami B. Nimeroff

JBN/cmh
cc:   All Counsel on Attached Service List (via first class U.S. mail)

## SERVICE LIST

Lawrence C. Ashby
Amanda Marie Winfree
Don A. Beskrone
**Ashby & Geddes, P.A.**
500 Delaware Ave.
8th Floor, P. O. Box 1150
Wilmington, DE 19899

Patrick Miller
**Givens Pursley, LLP**
601 W. Bannock
Boise, ID 83702

Franklin D. Cordell
Haley K. Krug
**Gordon Tilden Thomas &
 Cordell LLP**
1001 Fourth Ave. Suite 4000
Seattle, WA 98154

Wade Thomas
2240 W. Teano Drive
Meridian, ID 83646

Paris Cole
11879 Cattle Lane
Parker, CO 80134

Curt D. McKenzie, Esquire
**McKenzie Law Offices, PLLC**
710 W. Franklin St
Boise, Idaho 83702

Monte Stewart, Esquire
Craig G. Taylor, Esquire
**Belnap Stewart Taylor
 & Morris PLLC**
12550 W. Explorer Drive, Suite 100
Boise, Idaho 83713

David J. Hensler
Lisa Bonanno
David M. Foster
**Hogan & Hartson, LLP**
555 Thirteenth Street, NW
Washington, DC 20004

Lacy E. Holly III
**Lacy E. Holly, III, PA**
603 Main Street
P. O. Box 700
Odessa, DE 19730

Mark B. Conlan
Anthony M. Gruppuso
**Gibbons P.C.**
One Gateway Center
Newark, NJ 07102

J. Landon Ellis, Esquire
919 Market St., Suite 1800
Wilmington, DE 19801

Donald J. Detweiler, Esquire
Dennis A. Meloro, Esquire
**Greenberg Traurig, LLP**
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

Kimbell D. Gourley, Esquire
**Trout Jones Gledhill
 Fuhrman, P.A.**
225 North 9th Street, Suite 820
P. O. Box 1097
Boise, ID 83701

Jared Inouye
**Bennett Tueller Johnson &
Deere**
3165 East Millrock Dr, Suite 500
Salt Lake City, UT 84121

Donna L. Harris
Jason W. Staib
**Pinckney, Harris
 & Weidinger, LLC**
1220 N. Market Street
Suite 950
Wilmington, DE 19801

Chad Joseph Toms
**Whiteford Taylor
 Preston LLC**
1220 N. Market Street
Suite 608
Wilmington, DE 19801

William R. Firth, III
**Gibbons P.C.**
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Matthew S. Steinberg, Esquire
Adam M. Starr, Esquire
**Greenberg Traurig, LLP**
2450 Colorado Ave., Suite 400E
Santa Monica, CA 94004

Angelo Calfo, Esquire
Patricia Eakes, Esquire
**Yarmuth Wilsdon Calfo PLLC**
818 Stewart St., Suite 1400
Seattle, WA 98101

Matthew Wayne Duckett
18831 Wagner Road
Caldwell, ID 83607