# Pinckney, Harris & Weidinger, LLC

1220 N. Market Street, Suite 950
Wilmington, Delaware 19801
Telephone (302) 504-1497
Facsimile (302) 655-5213

Donna L. Harris
Direct Dial -- (302) 504-1499
dharris@phw-law.com

August 25, 2011

**VIA E-FILING AND HAND DELIVERY**

The Honorable Peter J. Walsh
United States Bankruptcy Court
for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

> Re:    In re: DBSI, Inc., et. al.
>        Federal Ins. Co. v. DBSI, Inc., et. al.
>        Adv. Proc. No. 09-52031 (PJW)

Dear Judge Walsh:

Interpleader-Defendants John Foster and Walt Mott join in the position taken by Interpleader-Defendant Douglas Swenson in his counsel's letter dated August 19, 2011 and Interpleader-Defendants Hassard, Mayeron and Var Reeve in their counsel's letter dated August 24, 2011. Specifically, Mott and Foster do not believe that recent case law prevents this Court from issuing a final order in this adversary proceeding.

Counsel is available should the Court have any questions.

Respectfully yours,

Donna L. Harris (No. 3740)

DLH/smg

cc:    Counsel on the attached service list (via first class mail)

**SERVICE LIST**

Lawrence C. Ashby
Amanda Marie Winfree
Don A. Beskrone
**Ashby & Geddes, P.A.**
500 Delaware Ave.
8th Floor, P.O. Box 1150
Wilmington, DE 19899

Curt D. McKenzie, Esquire
**McKenzie Law Offices, PLLC**
710 W. Franklin St.
Boise, Idaho 83702

Patrick Miller
**Givens Pursley, LLP**
601 W. Bannock
Boise, ID 83702

Monte Stewart. Esquire
Craig G. Taylor, Esquire
**Belnap Stewart Taylor & Morris PLLC**
12550 W. Explorer Drive, Suite 100
Boise, Idaho 83713

Franklin D. Cordell
Haley K. Krug
**Gordon Tilden Thomas & Cordell LLP**
1001 Fourth Ave. Suite 4000
Seattle, WA 98154

David J. Hensler
Lisa Bonanno
David M. Foster
**Hogan & Harston, LLP**
555 Thirteenth Street, NW
Washington, DC 20004

Wade Thomas
2240 W. Teano Drive
Meridian, ID 83646

Lacy E. Holly III
**Lacy E. Holly III, PA**
603 Main Street
P.O. Box 700
Odessa, DE 19730

Paris Cole
11879 Cattle Lane
Parker, CO 80134

Mark B. Conlan
Anthony M. Gruppuso
**Gibbons P.C.**
One Gateway Center
Newark, NJ 07102

## SERVICE LIST

J. Landon Ellis, Esquire
919 Market St., Suite 1800
Wilmington, DE 19801

Chad Joseph Toms
**Whiteford Taylor Preston LLC**
1220 N. Market St., Suite 608
Wilmington, DE 19801

Donald J. Detweiler, Esquire
Dennis A. Meloro, Esquire
**Greenberg Traurig, LLP**
The Nemours Building
1007 North Orange Street
Suite 1200
Wilmington, DE 19801

William R. Firth, III
**Gibbons P.C.**
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Kimbell D. Gourley, Esquire
**Trout Jones Gledhill Fuhrman, P.A.**
225 North 9th Street, Suite 820
P.O. Box 1097
Boise, ID 83701

Matthew S. Steinberg, Esquire
Adam M. Starr, Esquire
**Greenberg Traurig, LLP**
2450 Colorado Ave., Suite 400E
Santa Monica, CA 94004

Jared Inouye
**Bennett Tueller Johnson & Deere**
3165 East Millrock Dr., Suite 500
Salt Lake City, UT 84121

Angelo Calfo, Esquire
Patricia Eakes, Esquire
**Yarmuth Wilson Calfo PLLC**
818 Stewart St., Suite 1400
Seattle, WA 98101

Matthew Wayne Duckett
18831 Wagener Road
Caldwell, ID 83607

Jami B. Nimeroff, Esquire
**Brown Stone Nimeroff LLC**
901 N. Market St., Suite 1300
Wilmington, DE 19801