# WHITEFORD, TAYLOR & PRESTON L.L.C.

CHAD J. TOMS
COUNSEL
DIRECT LINE (302) 357-3253
DIRECT FAX (302) 357-3273
ctoms@wtplaw.com

1220 N. MARKET STREET, SUITE 608
WILMINGTON, DE 19801
MAIN TELEPHONE (302) 353-4144
FACSIMILE (302)-661-7950

BALTIMORE, MD*
COLUMBIA, MD*
FALLS CHURCH, VA*
TOWSON, MD*
WASHINGTON, DC*
WILMINGTON, DE
DEARBORN, MI*

WWW.WTPLAW.COM
(800) 987-8705

November 15, 2011

**Via cm/ecf**

The Honorable Peter J. Walsh
United States Bankruptcy Court
for the District of Delaware
824 North Market Street
6th Floor
Wilmington, DE 19801

Re:   *Federal Insurance Company v. DBSI, Inc., et al.,*
      **Adv. No. 09-52031 (PJW)**

Dear Judge Walsh:

This letter responds to Your Honor's November 3, 2011 letter to counsel. That letter requests that the parties advise the Court as to whether they consent to Your Honor's exercise of final judgment authority in this adversary proceeding. As indicated at the hearing this morning, interpleader-defendant Douglas Swenson hereby consents to such exercise. Mr. Swenson so consents without waiving any claims, arguments, or defenses in response to the non-*Stern* issues raised in Brian McMahon's November 14, 2011 letter on behalf of the Trustee.

Respectfully submitted,

Chad J. Toms,
Counsel

CJT:las
cc: All Counsel on the Attached Service List (via cm/ecf and e-correspondence)
1978000

*Whiteford, Taylor and Preston L.L.C. is a limited liability company. Our offices outside of Delaware operate under a separate Maryland limited liability partnership, Whiteford, Taylor & Preston L.L.P.

## SERVICE LIST

| | | |
|---|---|---|
| Natasha M. Songonuga<br>Gibbons P.C.<br>1000 N. West Street,<br>Suite 1200<br>Wilmington, DE 19801<br>NSongonuga@gibbonslaw.com | Brian McMahon<br>Gibbons, P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>BMcMahon@gibbonslaw.com | Donna L. Harris<br>Patricia R. Uhlenbrock<br>Pinckney, Harris & Weidinger, LLC<br>1220 N. Market Street Suite 950<br>Wilmington, DE 19801<br>dharris@phw-law.com;<br>puhlenbrock@phw-law.com |
| Jami B. Nimeroff<br>Brown Stone Nimeroff LLC<br>901 N. Market Street<br>Suite 1300<br>Wilmington, DE 19801<br>jnimeroff@bsnlawyers.com | Monte Stewart<br>Craig G. Taylor<br>Belnap Stewart Taylor & Morris PLLC<br>12550 W. Explorer Drive<br>Suite 100<br>Boise, ID 83713<br>stewart@belnaplaw.com<br>cgtaylor@belnaplaw.com | Amanda Marie Winfree<br>Ashby & Geddes, P.A.<br>500 Delaware Ave.<br>8th Floor, PO Box 1150<br>Wilmington, DE 19899-1150<br>awinfree@ashby-geddes.com |