UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

April 30, 2013

To Counsel listed on Exhibit A

**Re:  Federal Insurance Company v. DBSI, Inc., et al.
      Adv. Proc. No. 09-52031(PJW)**

Dear Counsel:

  Today I mailed a check in the amount of $43,715.00 to Mr. Herman in satisfaction of his eighth and final application. (Doc. # # 883 and 896)  The balance remaining in the account is now down to $480,836.82[1].

  Several of the outstanding issues have been resolved as follows:

  (1) By a letter dated February 22, 2013, I raised a question as to the determination of Jeremy Swenson and David Swenson's settlement payment in the Kline Action. (Doc. # 838)  However, by a notice filed on March 28, 2013, the Swenson brothers withdrew their application. (Doc. # 877)

---

[1] Subject to a registry fee due the Court in the amount of $5,367.

(2) In his fourth application filed on April 19, 2013 Mr. Judge presented the following issue:

> ...because there is an outstanding and unresolved objection to over $450,000.00 of those claimed fees (the "Objection"), see Dkt. Nos. 828, 832, 843, 849, 851, and 859, and because claims made against the Policy presumably would not exceed the available funds if the Objection is sustained, Judge respectfully submits this application in the event the Objections are sustained and Policy funds therefore remain available.

(Doc. # 893, pp. 1-2.)

By a certification filed on March 22, 2013, certain parties including Mr. Judge stipulated to identified claimants who would receive full payment ahead of Mr. Swenson. (Doc. # 873)  I assume that the parties identified in the stipulation are in agreement with the amounts and that there are no outstanding claims not identified in the stipulation.  If any of the claimants dispute the amounts identified in the stipulation or claim that they are not identified in the stipulation, please file and serve any objections to the stipulation.

In any event, I am requesting that all claimants to a final distribution of the remaining funds file and serve an appropriate notice within the next 20 days.

      I have not seen any response to the April 23, 2013 objection of Douglas Swenson to the fourth application of Mr. Judge. (Doc. # 894)

                                          Very truly yours,

                                          Peter J. Walsh

PJW:ipm

**EXHIBIT A**

Charles J. Herman
Smart Devine
1600 Market Street, 32nd Floor
Philadelphia, PA 19103

Jami B. Nimeroff
BROWN STONE NIMEROFF LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801

Monte N. Stewart
Craig G. Taylor
BELNAP STEWART TAYLOR &
MORRIS PLLC
12550 W. Explorer Drive
Suite 100
Boise, Idaho 83713

Donna L. Harris
Elizabeth Wilburn Joyce
Patricia R. Uhlenbrock
PINCKNEY, HARRIS &
WEIDINGER, LLC
1220 N. Market Street
Suite 950
Wilmington, DE 19801

Curtis D. McKenzie
McKENZIE LAW OFFICES, PLLC
412 W. Franklin Road
Boise, Idaho 83702

Chad J. Toms
WHITEFORD TAYLOR PRESTON
Renaissance Centre, Suite 500
405 King Street
Wilmington, DE 19801

Franklin D. Cordell
Haley K. Krug
GORDON TILDEN THOMAS &
CORDELL LLP
1001 Fourth Avenue
Suite 4000
Seattle, WA 98154

Angelo J. Calfo
Daniel M. Weiskopf
CALFO HARRIGAN LEYH & EAKES LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104

Francis A. Monaco, Jr.
Thomas M. Horan
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

Walter Bithell
Ted S. Tollefson
HOLLAND & HART LLP
101 S. Capitol Blvd., Suite 1400
Boise, ID 83702

Kathleen Miller
SMITH, KATZENSTEIN & JENKINS LLP
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899

Gregory J. Hollon
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101

Richard S. Cobb
J. Landon Ellis
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801